B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Southern **District Of** Texas (Houston Division)

In re Diamond Sports Group, LLC, et al. ,  ) Case No. 23-90116 (CML)
        Debtor )
         ) Chapter 11
         )
Diamond Sports Group, LLC )
        Plaintiff )
         )
        v. ) Adv. Proc. No. 23-03135
JP Morgan Chase Funding Inc. and )
JP Morgan Chase & Co., )
        Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    Nathan Ochsner
           United States Bankruptcy Court
           P. O. Box 61010
           Houston, TX 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    John F. Higgins
                                 Porter Hedges LLP
                                 1000 Main St., 36th Floor
                                 Houston, TX 77002
                                 (713) 226-6000

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: July 24, 2023

                                                    s/ Rhonda Moore-Konieczny
                                                *Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at: JP Morgan Chase & Co.

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:     _____

Business Address:     _____

_____

# United States Bankruptcy Court

_____ Southern _____ District Of __ Texas (Houston Division) __

In re Diamond Sports Group, LLC, et al. _____ ,    )    Case No. 23-90116 (CML)
                Debtor                               )
                                                     )    Chapter ___ 11 _____
                                                     )
Diamond Sports Group, LLC _____             )
                Plaintiff                            )
                                                     )
                v.                                   )    Adv. Proc. No. __ 23-03135 ____
JP Morgan Chase Funding Inc. and                     )
JP Morgan Chase & Co., _____                )
                Defendant                            )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner
                        United States Bankruptcy Court
                        P. O. Box 61010
                        Houston, TX 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   John F. Higgins
                                            Porter Hedges LLP
                                            1000 Main St., 36th Floor
                                            Houston, TX 77002
                                            (713) 226-6000

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: July 24, 2023 _____

_s/ Rhonda Moore-Konieczny_
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:   JP Morgan Chase Funding, Inc.
                                c/o Registered Agent CT Corporation System
                                28 Liberty Street
                                New York, NY 10005

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____      Signature _____

                      Print Name:     _____

                      Business Address:   _____

                                            _____