United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) | Case No. 23-90116 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| DIAMOND SPORTS GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-03135 |
| | ) | |
| JP MORGAN CHASE FUNDING INC. and JP MORGAN CHASE & CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER (I) GRANTING PLAINTIFF'S MOTION TO SEAL THE
PLAINTIFF'S COMPLAINT AND (II) GRANTING RELATED RELIEF**
[Relates to Docket No. 2]

Upon the motion (the "Motion to Seal")[2] of Plaintiff Diamond Sports Group, LLC ("Diamond" or "Plaintiff") for the entry of an order (i) to file its Complaint under seal; and (ii) granting related relief; and the Court having reviewed the Motion to Seal and having heard the statements of counsel regarding the relief requested in the Motion to Seal at a hearing before the Court, if any (the "Hearing"); and the Court having found that (a) due and proper notice of the Motion to Seal and the Hearing was sufficient under the circumstances; and (b) that the relief

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

1

14084449

requested in the Motion to Seal is in the best interests of the above-captioned debtors' estates, their creditors, and other parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file the Complaint under seal, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, and Bankruptcy Rule 9018.

2. Plaintiff shall serve an unredacted copy of the Complaint on JP Morgan Chase Funding Inc. ("JPMCFI") and JP Morgan Chase & Co. (together with JPMCFI, the "Defendants").

3. Except upon further order of the Court after notice to Plaintiff or agreement of the parties to the above-captioned adversary proceeding, the Complaint is confidential and shall remain under seal. Plaintiff may file a partially redacted version of the Complaint after conferring with the Defendants about their designation of certain materials as confidential. Plaintiff's right to challenge the designation of any materials pursuant to the Stipulated Protective Order entered by this Court at Docket 822 in the Main Case is preserved.

4. Plaintiff is authorized to take all actions necessary to implement the relief granted in this Order in accordance with the Motion to Seal.

5. Notice of the Motion to Seal as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules of this Court are satisfied by such notice.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 26, 2023

Christopher Lopez  
United States Bankruptcy Judge

3

14084449