IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br><br> DIAMOND SPORTS GROUP, LLC, et al,[1] <br><br> Debtors. | § § § § § § § | Chapter 11 <br><br> Case No. 23-90116 (CML) <br><br> (Jointly Administered) |
| DIAMOND SPORTS GROUP, LLC, <br><br> Plaintiff <br><br> v. <br><br> JPMORGAN CHASE FUNDING INC. and JPMORGAN CHASE & CO <br><br> Defendants. | § § § § § § § § § § § § § | Adv. Pro No. 23-03135 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that Simpson Thacher & Bartlett LLP and Howley Law PLLC hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to JPMorgan Chase Funding Inc. & JPMorgan Chase & Co. (collectively "JPMC") and request, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

3

**Alan C. Turner**
**Nicholas Baker**
**Sandeep Qusba**
**Johnny R. Santacruz**
*(Applications for Pro Hac Vice Admission Forthcoming)*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Email : aturner@stblaw.com
Email:  NBaker@stblaw.com
Email:  squsba@stblaw.com
Email:  John.Santacruz@stblaw.com

-and-

**Tom A. Howley**
**Eric Terry**
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of JPMC' rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which JPMC is or may be entitled, in law or in equity,

all of which rights, claims, actions, setoffs, and recoupments JPMC expressly reserves, or (5) to any and all defenses or objections JPMC may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: August 9, 2023                Respectfully submitted,

                                              */s/ Tom A. Howley*
**Tom A. Howley**
Texas Bar No. 24010115
**Eric Terry**
Texas Bar No. 00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

  -and-

**Alan C. Turner**
New York Bar No. 4000147
**Nicholas Baker**
New York Bar No. 4602066
**Sandeep Qusba**
New York Bar No. 2645182
**Johnny R. Santacruz**
New York Bar No. 5686530
*(Applications for Pro Hac Vice Admission Forthcoming)*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Email : aturner@stblaw.com
Email: NBaker@stblaw.com
Email: squsba@stblaw.com
Email: John.Santacruz@stblaw.com

**Counsel to JPMorgan Chase Funding Inc. & JPMorgan Chase & Co.**

## **CERTIFICATE OF SERVICE**

I certify that on August 9, 2023, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

                                             */s/ Tom A. Howley*
                                             Tom A. Howley