IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 |
| Debtors. | (Jointly Administered) |
| DIAMOND SPORTS GROUP, LLC | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-03135 |
| JPMORGAN CHASE FUNDING INC. and JPMORGAN CHASE & Co., | |
| Defendants. | |

**JOINT MOTION TO SET LITIGATION SCHEDULE**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Diamond Sports Group, LLC ("**Plaintiff**") filed its complaint initiating this adversary proceeding (the "**Adversary Proceeding**") on July 19, 2023. Summons were executed on JPMorgan Chase Funding Inc. and JPMorgan Chase & Co. (collectively, "**Defendants**") on July 25, 2023.

Counsel for Plaintiff and Defendants have since conferred and agreed, subject to the Court's approval, on the following proposed litigation schedule:

| Date | Event |
| --- | --- |
| **August 31, 2023** | **Deadline for Initial Disclosures**. The deadline by which the parties must file and serve initial disclosures pursuant to Federal Rule of Civil Procedure 26. |
| **September 19, 2023** | **Deadline to Answer or file Motion to Dismiss**. The deadline by which Defendants must file and serve an answer to the complaint or any opening brief in support of a motion to dismiss the complaint in the Adversary Proceeding. |
| **October 18, 2023** | **Deadline for Opposition to Motion to Dismiss.** The deadline by which Plaintiff must file and serve any response papers in opposition to Defendants' motion to dismiss the complaint in the Adversary Proceeding, if applicable. |
| **November 10, 2023** | **Deadline for Reply in Support of Motion to Dismiss.** The deadline by which Defendants must file and serve any reply papers in support of a motion to dismiss the complaint in the Adversary Proceeding, if applicable. |
| **January 26, 2024** | **Close of Fact Discovery.** The deadline by which all fact discovery in this case must be completed. |
| **February 9, 2024** | **Deadline for Plaintiff's Expert Reports.** The deadline by which Plaintiff must serve its expert reports. |
| **March 29, 2024** | **Deadline for Responsive Expert Reports.** The deadline by which responsive expert reports must be served. |
| **April 19, 2024** | **Deadline for Expert Depositions.** The deadline by which expert depositions must be completed. |

The Plaintiff and Defendants jointly request that the Court approve the above schedule by entry of an order substantially in the form of the proposed order filed contemporaneously herewith.

Dated: August 10, 2023                                        Respectfully submitted,

/s/ John F. Higgins
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Eric D. Wade (TX Bar No. 00794802)
Heather K. Hatfield (TX Bar No. 24050730)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
ewade@portergedges.com
hhatfield@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Deborah J. Newman (Admitted *Pro Hac Vice*)
Lindsay M. Weber (Admitted *Pro Hac Vice*)
Kenneth B. Hershey (Admitted *Pro Hac Vice*)
51 Madison Avenue, 22nd Fl.
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
deborahnewman@quinnemanuel.com
lindsayweber@quinnemanuel.com
kenhershey@quinnemanuel.com

*Attorneys for Plaintiff Diamond Sports Group, LLC*

/s/ Tom A. Howley
**HOWLEY LAW PLLC**
Tom A. Howley
Texas Bar No.  24010115
Eric Terry
Texas Bar No.  00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

-and-

**SIMPSON THACHER & BARTLETT LLP**
Alan Turner
New York Bar No. 4000147
Nicholas Baker
New York Bar No. 4602066
John Santacruz
New York Bar No. 5686530
*(Applications for Pro Hac Vice Admission Pending)*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
aturner@stblaw.com
nbaker@stblaw.com
john.santacruz@stblaw.com

*Attorneys for Defendants JPMorgan Chase Funding Inc. and JPMorgan Chase & Co.*