IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 |
| Debtors. | ) ) ) | (Jointly Administered) |
| DIAMOND SPORTS GROUP, LLC | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 23-03135 |
| JPMORGAN CHASE FUNDING INC. and JPMORGAN CHASE & Co., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS JPMORGAN CHASE FUNDING INC. AND JPMORGAN CHASE & CO.**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendants JPMorgan Chase Funding Inc. ("JPMCFI") and JPMorgan Chase & Co. ("JPMorgan") certify the following:

JPMCFI is an indirect, wholly-owned subsidiary of JPMorgan, which is a publicly held corporation. JPMorgan does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan.

Dated: August 16, 2023

Respectfully submitted,

/s/ Tom A. Howley
**Tom A. Howley**
Texas Bar No.  24010115
**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Email:  tom@howley-law.com
Email:  eric@howley-law.com

-and-

**Alan C. Turner**
New York Bar No. 4000147
**Nicholas Baker**
New York Bar No. 4602066
**Sandeep Qusba**
New York Bar No. 2645182
**Johnny R. Santacruz**
New York Bar No. 5686530
*(Applications for Pro Hac Vice Admission Pending)*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Email : aturner@stblaw.com
Email:  NBaker@stblaw.com
Email:  squsba@stblaw.com
Email:  John.Santacruz@stblaw.com

**Counsel to JPMorgan Chase Funding Inc.
& JPMorgan Chase & Co.**

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2023, I caused a copy of the foregoing Disclosure Statement to be served by electronic transmission to all registered ECF users appearing in this Adversary Proceeding.

                                                     */s/ Tom A. Howley*
                                                   Tom A. Howley