United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 |
| Debtors. | ) ) ) | (Jointly Administered) |
| DIAMOND SPORTS GROUP, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Adv. Pro. No. 23-03135 |
| JPMORGAN CHASE FUNDING INC. and JPMORGAN CHASE & Co., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER APPROVING PARTIES' JOINT PROPOSED LITIGATION SCHEDULE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Upon the joint motion, dated August 10, 2023 (the "**Motion**"), of Plaintiff and Defendants (together, the "**Parties**") in the above-captioned adversary proceeding for entry of an order setting the proposed litigation schedule,

**IT IS HEREBY ORDERED THAT:**

1. The following dates and deadlines in connection with the Adversary Proceeding bearing case number 23-03135 are hereby approved:

| Date | Event |
|---|---|
| **August 31, 2023** | **Deadline for Initial Disclosures.** The deadline by which the Parties must file and serve initial disclosures pursuant to Federal Rule of Civil Procedure 26. |
| **September 19, 2023** | **Deadline to Answer or file Motion to Dismiss.** The deadline by which Defendants must file and serve an answer to the complaint or any opening brief in support of a motion to dismiss the complaint in the Adversary Proceeding. |
| **October 18, 2023** | **Deadline for Opposition to Motion to Dismiss.** The deadline by which Plaintiffs must file and serve any response papers in opposition to defendants' motion to dismiss the complaint in the Adversary Proceeding, if applicable. |
| **November 10, 2023** | **Deadline for Reply in Support of Motion to Dismiss.** The deadline by which Defendants must file and serve any reply papers in support of a motion to dismiss the complaint in the Adversary Proceeding, if applicable. |
| **January 26, 2024** | **Close of Fact Discovery.** The deadline by which all fact discovery in this case must be completed. |
| **February 9, 2024** | **Deadline for Plaintiff's Reports.** The deadline by which Plaintiff must serve its expert reports. |
| **March 29, 2024** | **Deadline for Responsive Expert Reports.** The deadline by which responsive expert reports must be served. |
| **April 19, 2024** | **Deadline for Expert Depositions.** The deadline by which expert depositions must be completed. |

2. The schedule shall govern adjudication of the Adversary Proceeding. Nothing set forth herein or in the Motion shall be deemed to impair the ability of the Parties to seek Court approval of other dates and deadlines with respect to the Adversary Proceeding, or related proceedings.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Parties are authorized to take all action necessary or appropriate to carry out the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Diamond Sports Group, LLC,
    Plaintiff                                                                                       Adv. Proc. No. 23-03135-cml
JP Morgan Chase Funding Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4                                   User: ADIuser                                       Page 1 of 2
Date Rcvd: Aug 15, 2023                  Form ID: pdf002                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

**Recip ID                Recipient Name and Address**
pla                    +  Diamond Sports Group, LLC, 10706 Beaver Dam Road, Hunt Valley, MD 21030-2207

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason  Name and Address**
dft                                    JP Morgan Chase & Co.
dft                                    JP Morgan Chase Funding Inc.
ip                                     Official Committee of Unsecured Creditors

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023                                      Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

**Name                               Email Address**

Jeremy Hubner Wells
                                 on behalf of Intervenor-Plaintiff Official Committee of Unsecured Creditors jwells@rctlegal.com

John F Higgins, IV
                                 on behalf of Plaintiff Diamond Sports Group  LLC jhiggins@porterhedges.com,
                                 emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Thomas A Howley
                                 on behalf of Defendant JP Morgan Chase & Co. tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

District/off: 0541-4 User: ADIuser Page 2 of 2
Date Rcvd: Aug 15, 2023 Form ID: pdf002 Total Noticed: 1
TOTAL: 3