UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 |
| Debtors. | (Jointly Administered) |
| DIAMOND SPORTS GROUP, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-3135 |
| JP MORGAN CHASE FUNDING INC. and JP MORGAN CHASE & CO., | |
| Defendants. | |

**NOTICE OF HEARING ON THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
DIAMOND SPORTS GROUP, LLC, *ET AL.*'S FOR ENTRY
OF AN ORDER FORECLOSING ANY OBJECTION BY JPMORGAN
AND CLARIFYING THAT THE COMMITTEE HAS INTERVENED
PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7021
AND 7024, AND SECTION 105(a) OF THE BANKRUPTCY CODE
<u>OR, IN THE ALTERNATIVE, PERMITTING INTERVENTION</u>
[Related to Docket No. 34]**

**PLEASE TAKE NOTICE** that a hearing has been set for **October 3, 2023** at **2:00 p.m.**

**(prevailing Central Time)** on the *Motion of the Official Committee of Unsecured Creditors of*

*Diamond Sports Group, LLC,* et al. *for Entry of an Order Foreclosing any Objection by JPMorgan*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.

1

*and Clarifying that the Committee Has Intervened Pursuant to Federal Rules of Bankruptcy Procedure 7021 and 7024, and Section 105(a) of the Bankruptcy Code or, in the Alternative, Permitting Intervention* [Docket No. 34] before the Honorable Christopher M. Lopez, United States Bankruptcy Judge. The hearing will take place in Judge Lopez's courtroom, 515 Rusk Street, Courtroom 401, Houston, Texas 77002 and by telephone and video conference, with the following instructions below.

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

*Audio Communication*

For participants not attending in person, audio communication will be by use of the Court's dial-in facility, which you may access at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**.

*Video Communication*

Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: September 13, 2023

**REID COLLINS & TSAI LLP**

/s/ *Angela J Somers*

Angela J. Somers (*pro hac vice*)
Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
asomers@reidcollins.com
jgross@reidcollins.com
yjaffe@reidcollins.com

-and-

Robert J. LaCroix (TBA No. 24136191; *pro hac vice*)
1301 S. Capital of Texas Hwy, Ste. C300
Austin, Texas, 78746
Telephone: (512) 647-6118
Facsimile: (512) 647-6129
rlacroix@reidcollins.com

*Special Counsel to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC*, et al.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2023, I caused a true and correct copy of the foregoing to be served via email through the Court's Electronic Case Filing System on the parties that have consented to such service.

/s/ Robert J. LaCroix
Robert J. LaCroix